UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| In re: | Chapter 7 |
| Patrice Lynnette Harold, | Case No. 16-40659 |
| Debtor. | Hon. Phillip J. Shefferly |
| _____/ | |
| United States of America, | Adversary Proceeding No. 16-5041-PJS |
| Plaintiff, | |
| v. | |
| Patrice Lynnette Harold, | |
| Defendant. | |
| _____/ | |

### ORDER DETERMINING TAX DEBT IS EXCEPTED FROM DISCHARGE

On February 12, 2020, the Court issued an Opinion Determining Tax Debt is Excepted from Discharge ("Opinion") (ECF No. 196). For the reasons set forth in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that the Debtor's tax debt owing to the IRS for the years 2004 through 2012 and 2014 is excepted from the Debtor's Chapter 7 discharge under § 523(a)(1)(C) of the Bankruptcy Code.

**Signed on February 12, 2020**



/s/ Phillip J. Shefferly

**Phillip J. Shefferly**
**United States Bankruptcy Judge**